| | |
|---|---|
| 1 | PLAINTIFF'S FIRM INFORMATION |
| 2 | |
| 3 | Attorneys for Plaintiffs, |
| 4 | Stacy K. Hauer<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall, Suite 501 |
| 5 | Minneapolis, MN 55402<br>612-341-0400 |
| 6 | 612-341-0844 fax |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. [06-cv-00169]<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Darick Nees, Dwaine Nees and Robert Nees,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, DARICK NEES, DWAINE NEES and ROBERT NEES, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: 12/12, 2009 | PLAINTIFF'S LAW FIRM |
| 2 | | |
| 3 | | By: _____ |
| | | Stacy K. Hauer |
| 4 | | Attorneys for Plaintiffs, Darick Nees, Dwaine Nees and Robert Nees |
| 5 | | |
| 6 | DATED: Dec. 22, 2009 | DLA PIPER LLP (US) |
| 7 | | By: _____ |
| 8 | | Michelle W. Sadowsky |
| | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

_____
Hon. Charles R. Breyer
United States District Court

Error! Unknown document property name.